ORIGINAL

RECEIVED
APR 19 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

ECF

## Cover Sheet

Plaintiff(s) or Petitioner(s)

National Steel and Shipbuilding Company

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] David A. Churchill

Firm Name: Jenner & Block LLP

Post Office Box: 05- 479C

Street Address: 601 Thirteenth Street, N.W., Suite 1200

City-State-Zip: Washington, D.C. 20005

Telephone & Facsimile Numbers: (202) 639-6000; (202) 637-6370

E-mail address: dchurchill@jenner.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 2

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: N A V

**See attached Sheet for three digit code.**

Amount Claimed: $ 1,218,459 plus interest

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003