IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NATIONAL STEEL and SHIPBUILDING COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-479C (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of MICHAEL O'CONNELL as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

MICHAEL O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Michael O'Connell
MICHAEL O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Telephone: (202) 353-1618
Facsimile: (202) 307-0972

Dated: May 11, 2005

CERTIFICATE OF FILING

I hereby certify that on May 11, 2005, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael O'Connell