# In the United States Court of Federal Claims

No. 05-479C
Filed: September 8, 2005

*************************************

NATIONAL STEEL AND SHIPBUILDING COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

*************************************

**ORDER**

A telephone status conference will be held on September 14, 2005 at 11:30 a.m., EST.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**