# In the United States Court of Federal Claims

No. 05-479C
Filed: September 27, 2005

*************************************
NATIONAL STEEL AND SHIPBUILDING COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

**SCHEDULING ORDER**

The court enters the following scheduling and deadlines:

1. Deadline for Plaintiff to Amend Its Complaint **on or before October 14, 2005**.

2. Deadline for Defendant's Rule 12(b) Motion **on or before November 14, 2005**.

3. Conclusion of All Non-Expert Discovery **on or before August 31, 2006**.

4. Disclosure of Expert Reports **on or before September 29, 2006**.

5. Conclusion of Expert Depositions **on or before October 31, 2006**.

6. Deadline for Dispositive Motions **on or before January 15, 2007**.

7. Meeting of Counsel. The parties will meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, **on or before June 25, 2007**.

8. Memorandum of Contentions of Fact and Law. In accordance with RCFC Appendix A ¶ 14, Plaintiff will file its Memorandum of Contentions of Law and Fact ("Memorandum") **on or before July 9, 2007.** Defendant will file its responsive Memorandum **on or before August 6, 2007.** Each Memorandum will be accompanied by witness lists, exhibit lists, and any motions contemplated by Appendix A ¶¶ 14-16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date will, if the objection is of a type that could reasonably have been identified at the time of such

filing, be deemed waived absent a showing of a compelling reason for the failure. Defendant will file its responses to any motions filed by plaintiff with its Memorandum **on or before August 6, 2007.** Plaintiff will file its responses to any motions filed by defendant **on or before August 13, 2007**.

9. Pretrial Conference. The pretrial conference will be held **on August 27, 2007 at 10 a.m. E.S.T.** at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005. The parties will bring to the pretrial conference at least three copies of any exhibit as to which an objection remains outstanding. The parties will prepare and deliver at the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules.

10. Trial. Trial will be held **on September 18, 2007 through September 21, 2007.** Trial will begin at 9:00 a.m. E.S.T. on each day. Trial will be held at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**