**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **NATIONAL STEEL AND SHIPBUILDING COMPANY,** | ) | |
| **Plaintiff,** | ) | **No. 05-479C** <br> **(Judge Braden)** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Plaintiff, National Steel and Shipbuilding Company ("NASSCO"), through its undersigned counsel, hereby moves under RCFC 15(a), for leave to amend the Complaint against defendant United States of America ("United States"). Leave to amend a party's pleadings is freely given when justice so requires. *See* RCFC 15(a). This Motion For Leave to Amend the Complaint is timely filed to comply with the deadline established by the Scheduling Order of September 27, 2005.

Date: October 14, 2005

Respectfully submitted,

s/David A. Churchill
David A. Churchill
JENNER & BLOCK LLP
Suite 1200
601 Thirteenth Street, NW
Washington, D.C. 20005
(202) 639-6000
(202) 637-6370 (fax)

Of Counsel:

Edward Jackson
Heather M. Trew
JENNER & BLOCK LLP
Suite 1200
601 Thirteenth Street, NW
Washington, D.C. 20005

Lane L. McVey
Vice President, Business Affairs and Law
NATIONAL STEEL AND
SHIPBUILDING COMPANY
2798 East Harbor Drive
San Diego, CA 92113