# In the United States Court of Federal Claims

No. 05-479C
Filed: October 14, 2005

**************************************
*
NATIONAL STEEL AND SHIPBUILDING *
COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
**************************************

**ORDER**

Plaintiff's Motion for Leave to Amend the Complaint is, hereby, **GRANTED**. Plaintiff will file its Amended Complaint by October 14, 2005.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**