IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NATIONAL STEEL AND, SHIPBUILDING COMPANY, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 05-479C (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Rules of the Court of Federal Claims, the parties stipulate that this matter be dismissed with prejudice, and that each party will bear its own fees, costs, and expenses.

Respectfully submitted,

s/David A. Churchill
DAVID A. CHURCHILL
JENNER & BLOCK LLP
Suite 1200
601 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 639-6000
Fax: (202) 637-6370

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, DC 20530
Tel. (202) 353-1618
Attorneys for Defendant

DATED: December 22, 2006